**No. 60827.**—Elite Sales Corp. *v.* United States, protests 300877–K and 301258–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (36 Cust. Ct. 220, C. D. 1778), the claim of the plaintiff was sustained.

**No. 60828.**—Columbian Rope Co. *v.* United States, protests 267452–K and 270788–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of textile machinery and parts thereof used for manufacturing or processing vegetable fibers similar in all material respects to the textile machinery and parts the subject of *The A. W. Fenton Co., Inc., et al.* v. *United States* (34 Cust. Ct. 202, C. D. 1705), the claim of the plaintiff was sustained.

**No. 60829.**—Keuffel & Esser Co. *v.* United States, protest 261187–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).